B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hristov, Hristo** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0959** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5357 N. East River Road, Apt. 603**<br>**Chicago, IL**<br><div align="right">ZIP Code</div>**60656** | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☑ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

<div align="right">THIS SPACE IS FOR COURT USE ONLY</div>

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hristov, Hristo** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>    Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

   ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

   ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

          _____
          (Name of landlord that obtained judgment)


          _____
          (Address of landlord)

   ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                           Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hristov, Hristo** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Hristo Hristov**

Signature of Debtor  **Hristo Hristov**

X  _____

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

**November 19, 2009**

Date

### Signature of Attorney*

X  **/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**

Signature of Attorney for Debtor(s)

**Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**

Printed Name of Attorney for Debtor(s)

**Kaplan Law Offices, P.C.**

Firm Name

**4043 Dempster**
**Skokie, IL 60076**

_____

Address

**Email: ayk@ameritech.net**
**847-676-8600  Fax: 847-676-8601**

Telephone Number

**November 19, 2009**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X  _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X  _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Hristo Hristov**

Debtor(s)

Case No. _____

Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Hristo Hristov**
                        **Hristo Hristov**

Date:   **November 19, 2009**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re     **Hristo Hristov**
_____,
Debtor

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 250,000.00 | | |
| B - Personal Property | Yes | 7 | 3,693,385.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 4,259,421.62 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 604,109.46 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,045.16 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,029.00 |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| | | Total Assets | 3,943,385.00 | | |
| | | | Total Liabilities | 4,863,531.08 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Hristo Hristov** _____,   Case No. _____

                        Debtor

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

.

In re    **Hristo Hristov**                                                              ,    Case No. _____
_____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence/Condominium:**<br>**5357 N. East River Road, Apt. 603**<br>**Chicago, Illinois 60656** | **Joint tenant** | J | 250,000.00 | 244,164.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | **250,000.00** | (Total of this page) |
| Total > | **250,000.00** |  |

**_0_** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Hristo Hristov**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on hand** | - | 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Personal checking account at Bank of America** | J | 500.00 |
| | | **Personal checking account at MB Financial** | J | 35.00 |
| | | **Business checking account at JP Morgan Chase in name of United Group International, Inc.** | - | 1,000.00 |
| | | **Business checking account at Charter One Bank in name of United Group International, Inc.** | - | 1,000.00 |
| | | **Business savings account at JP Morgan Chase in name of United Group International, Inc.** | - | 150.00 |
| | | **Business checking account at Washington Mututal (JP Morgan Chase) in name of United Group International, Inc.** | - | 100.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **General and ordinary household goods and furnishings** | J | 2,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Necessary wearing apparel** | - | 500.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >      5,885.00
(Total of this page)

<u>  6  </u>   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Hristo Hristov**                                                      ,   Case No. _____
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Whole life insurance with Primarica** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% shareholder of United Group International, Inc.** | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >   0.00
(Total of this page)

Sheet  __1__  of  __6__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Hristo Hristov**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Honda Accord with aprox. 40,000 miles** | - | 15,000.00 |
| | | **1. 2009 Volvo Semitruck with aprox. 125,000 miles in name of United Group International, Inc. ($85,000)** **2. 2009 Volvo Semitruck with aprox. 130,000 miles in name of United Group International, Inc. ($85,000)** | - | 170,000.00 |
| | | **1. 2009 Volvo Semitruck with aprox. 35,000 miles in name of United Group International, Inc. ($100,000)** **2. 2009 Volvo Semitruck with aprox. 30,000 miles in name of United Group International, Inc. ($100,000)** **3. 2010 Utility Trailor in name of United Group International Inc. ($60,000)** **4. 2010 Utility Trailor in name of United Group International Inc. ($60,000)** **5. 2010 Utility Trailor in name of United Group International Inc. ($60,000)** **6. 2010 Utility Trailor in name of United Group International Inc. ($60,000)** | - | 440,000.00 |

Sub-Total >          625,000.00
(Total of this page)

Sheet __2__ of __6__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Hristo Hristov**                                                                      ,        Case No. _____
                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **1. 2007 Volvo Semi Truck with approx. 286,000 miles in name of United Group International, Inc. ($60,000)**<br>**2. 2007 Volvo Semi Truck with approx. 230,000 miles in name of United Group International, Inc. ($60,000)** | - | 120,000.00 |
| | | **1. 2008 Volvo Semi Truck with approx. 30,000 miles in name of United Group International, Inc. ($100,000)**<br>**2. 2008 Volvo Semi Truck with approx. 34,000 miles in name of United Group International, Inc. ($100,000)**<br>**3. 2008 Volvo Semi Truck with approx. 30,000 miles in name of United Group International, Inc. ($100,000)**<br>**4. 2009 Volvo Semi Truck with approx. 38,000 miles in name of United Group International, Inc. ($100,000)**<br>**5. 2008 Volvo Semi Truck with approx. 46,000 miles in name of United Group International, Inc. ($100,000)** | - | 500,000.00 |
| | | **1. 2008 Volvo Semi Truck with approx. 75,000 miles in name of United Group International Inc. ($90,000)**<br>**2. 2008 Volvo Semi Truck with approx. 73,000 miles in name of United Group International Inc. ($90,000)**<br>**3. 2008 Volvo Semi Truck with approx. 72,000 miles in name of United Group International Inc. ($90,000)** | - | 270,000.00 |
| | | **1. 2009 Volvo Semi Truck with approx. 148,000 miles in name of United Group International Inc. ($85,000)**<br>**2. 2009 Volvo Semi Truck with approx. 143,000 miles in name of United Group International Inc. ($85,000)**<br>**3. 2009 Volvo Semi Truck with approx. 106,000 miles in name of United Group International Inc. ($85,000)**<br>**4. 2009 Volvo Semi Truck with approx. 145,000 miles in name of United Group International Inc. ($85,000)** | - | 340,000.00 |
| | | **1. 2009 FRHT Semi Truck with approx. 11,000 miles in name of United Group International, Inc. ($100,000)** | - | 100,000.00 |

Sub-Total >    **1,330,000.00**
(Total of this page)

Sheet __3__ of __6__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                           Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Hristo Hristov**
_____,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1. 2006 Utility Trailer in name of United Group International Inc. ($13,000)<br>2. 2006 Utility Trailer in name of United Group International Inc. ($13,000)<br>3. 2006 Utility Trailer in name of United Group International Inc. ($13,000)<br>4. 2006 Utility Trailer in name of United Group International Inc. ($13,000)<br>5. 2007 Utility Trailer in name of United Group International Inc. ($13,000)<br>6. 2007 Utility Trailer in name of United Group International Inc. ($13,000)<br>7. 2007 Utility Trailer in name of United Group International Inc. ($13,000) | - | 91,000.00 |
| | | 1. 2007 Utility Trailer in name of United Group International Inc. ($8,000)<br>2. 2006 Utility Trailer in name of United Group International Inc. ($5,000)<br>3. 2007 Utility Trailer in name of United Group International Inc. ($8,000) | - | 21,000.00 |
| | | 1. 2006 Stought Trailor in name of Hristo Hristov ($5,000)<br>2. 2006 Stought Trailor in name of Hristo Hristov ($5,000)<br>3. 2006 Stought Trailor in name of Hristo Hristov ($5,000) | - | 15,000.00 |
| | | 1. 2007 Volvo Semi Truck with approx. 274,000 miles in name of United Group International Inc. ($50,000)<br>2. 2007 Volvo Semi Truck with approx. 306,000 miles in name of United Group International Inc. ($50,000)<br>3. 2007 Volvo Semi Truck with approx. 280,000 miles in name of United Group International Inc. ($50,000)<br>4. 2007 Volvo Semi Truck with approx. 265,000 miles in name of United Group International Inc. ($50,000) | - | 200,000.00 |
| | | 1. 2009 FRHT Semi Truck with approx. 18,000 miles in name of United Group International Inc. ($100,000) | - | 100,000.00 |

Sub-Total >          427,000.00
(Total of this page)

Sheet __4__ of __6__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Hristo Hristov** _____,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1. 2009 Volvo Semi Truck with approx. 33,000 miles in name of United Group International Inc. ($80,000)<br>2. 2009 Volvo Semi Truck with approx. 34,000 miles in name of United Group International Inc. ($80,000)<br>3. 2009 Volvo Semi Truck with approx. 38,000 miles in name of United Group International Inc. ($80,000) | - | 240,000.00 |
| | | 1. 2009 FRHT Semi Truck with approx. 28,000 miles in name of United Group International Inc. ($100,000)<br>2. 2009 FRHT Semi Truck with approx. 32,000 miles in name of United Group International Inc. ($100,000)<br>3. 2009 FRHT Semi Truck with approx. 39,000 miles in name of United Group International Inc. ($100,000) | - | 300,000.00 |
| | | 1. 2009 FRHT Semi Truck with approx. 15,000 miles in name of United Group International Inc. ($100,000)<br>2. 2009 FRHT Semi Truck with approx. 16,000 miles in name of United Group International Inc. ($100,000) | - | 200,000.00 |
| | | 1. 2009 Volvo Semi Truck with approx. 95,000 miles in name of United Group International Inc. ($85,000)<br>2. 2009 Volvo Semi Truck with approx. 139,000 miles in name of United Group International Inc. ($85,000)<br>3. 2009 Volvo Semi Truck with approx. 151,000 miles in name of United Group International Inc. ($85,000) | - | 255,000.00 |
| | | 1. 2007 Volvo Semi Truck with approx. 279,000 miles in name of United Group International Inc. ($50,000)<br>2. 2008 Volvo Semi Truck with approx. 262,000 miles in name of United Group International Inc. ($65,000)<br>3. 2008 Volvo Semi Truck with approx. 197,000 miles in name of United Group International Inc. ($65,000) | - | 180,000.00 |
| | | 1. 2009 Utility Reefer in name of United Group International Inc. ($35,000)<br>2. 2009 Utility Reefer in name of United Group International Inc. ($35,000)<br>3. 2009 Utility Reefer in name of United Group International Inc. ($35,000) | - | 105,000.00 |

Sub-Total >    **1,280,000.00**
(Total of this page)

Sheet ___**5**___ of ___**6**___ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Hristo Hristov** _____,   Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **1. 2004 Stricks Trailor in name of United Group International Inc. ($5,000)**<br>**2. 2004 Stricks Trailor in name of United Group International Inc. ($5,000)**<br>**3. 2004 Stricks Trailor in name of United Group International Inc. ($5,000)**<br>**4. 2004 Stricks Trailor in name of United Group International Inc. ($5,000)**<br>**5. 2004 Stricks Trailor in name of United Group International Inc. ($5,000)** | - | **25,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **General office equipment** | - | **500.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **25,500.00** |
| (Total of this page) | |
| Total > | **3,693,385.00** |

Sheet __6__ of __6__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re   **Hristo Hristov** _____,   Case No. _____
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** **Residence/Condominium:** **5357 N. East River Road, Apt. 603** **Chicago, Illinois 60656** | **735 ILCS 5/12-901** | **15,000.00** | **250,000.00** |
| **Cash on Hand** **Cash on hand** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** **Personal checking account at Bank of America** | **735 ILCS 5/12-1001(b)** | **500.00** | **1,000.00** |
| **Personal checking account at MB Financial** | **735 ILCS 5/12-1001(b)** | **35.00** | **35.00** |
| **Business checking account at JP Morgan Chase in name of United Group International, Inc.** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Business checking account at Charter One Bank in name of United Group International, Inc.** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Business savings account at JP Morgan Chase in name of United Group International, Inc.** | **735 ILCS 5/12-1001(b)** | **150.00** | **150.00** |
| **Business checking account at Washington Mututal (JP Morgan Chase) in name of United Group International, Inc.** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Household Goods and Furnishings** **General and ordinary household goods and furnishings** | **735 ILCS 5/12-1001(b)** | **136.50** | **5,000.00** |
| **Wearing Apparel** **Necessary wearing apparel** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** **2007 Honda Accord with aprox. 40,000 miles** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **15,000.00** |
| **Office Equipment, Furnishings and Supplies** **General office equipment** | **735 ILCS 5/12-1001(b)** | **0.00** | **500.00** |

Total:   **20,921.50**   **274,385.00**

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Hristo Hristov**                                         ,    Case No. _____
                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **4090327016510864** | | | Opened  4/01/09 | | | | | |
| Creditor #: 1 <br> **American General Finan** <br> **5124 N Harlem Ave** <br> **Harwood Heights, IL 60706** | | - | Purchase Money Security <br><br> **General and ordinary household goods and furnishings** | | X | | | |
| | | | Value $                5,000.00 | | | | 4,727.00 | 0.00 |
| Account No. 93218622 | | | Opened  3/01/07 | | | | | |
| Creditor #: 2 <br> **American Honda Finance** <br> **2170 Point Blvd Ste 100** <br> **Elgin, IL 60123** | | - | Purchase Money Security <br><br> **2007 Honda Accord with aprox. 40,000 miles** | | X | | | |
| | | | Value $              15,000.00 | | | | 16,081.00 | 1,081.00 |
| Account No. 306100801 | | | Purchase Money Security | | | | | |
| Creditor #: 3 <br> **Commercial Credit Group** <br> **121 West Trade Street, Ste. 2100** <br> **Charlotte, NC 28202** | X | - | 1. 2009 Volvo Semi Truck with approx. 95,000 miles in name of United Group International Inc. ($85,000) <br> 2. 2009 Volvo Semi Truck with approx. 139,000 miles in name of United Group International Inc. ($85,000) <br> 3. 2009 Volvo Semi Truck with | | X | | | |
| | | | Value $            255,000.00 | | | | 246,234.45 | 0.00 |
| Account No. 309200701 | | | Purchase Money Security | | | | | |
| Creditor #: 4 <br> **Commercial Credit Group** <br> **121 West Trade Street, Ste. 2100** <br> **Charlotte, NC 28202** | X | - | 1. 2007 Volvo Semi Truck with approx. 279,000 miles in name of United Group International Inc. ($50,000) <br> 2. 2008 Volvo Semi Truck with approx. 262,000 miles in name of United Group International Inc. ($65,000) <br> 3. 2008 Volvo Semi Truck wit | | X | | | |
| | | | Value $            180,000.00 | | | | 205,025.00 | 25,025.00 |

___4___ continuation sheets attached

Subtotal                          472,067.45          26,106.00
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Hristo Hristov**
                                                                            ,   Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 307210802 | | | Purchase Money Security | | | | | |
| Creditor #: 5 Commercial Credit Group 121 West Trade Street, Ste. 2100 Charlotte, NC 28202 | X - | | 1. 2009 Utility Reefer in name of United Group International Inc. ($35,000) 2. 2009 Utility Reefer in name of United Group International Inc. ($35,000) 3. 2009 Utility Reefer in name of United Group International Inc. ($35,000) | | | X | | |
| | | | Value $          105,000.00 | | | | 136,249.88 | 31,249.88 |
| Account No. 310230601 | | | Purchase Money Security | | | | | |
| Creditor #: 6 Commercial Credit Group 121 West Trade Street, Ste. 2100 Charlotte, NC 28202 | X - | | 1. 2004 Stricks Trailor in name of United Group International Inc. ($5,000) 2. 2004 Stricks Trailor in name of United Group International Inc. ($5,000) 3. 2004 Stricks Trailor in name of United Group International Inc. ($5,000) 4. 2004 S | | | X | | |
| | | | Value $          25,000.00 | | | | 21,568.12 | 0.00 |
| Account No. 100-0187948-000 CS | | | Purchase Money Security | | | | | |
| Creditor #: 7 Daimler Truck Financial 13650 Heritage Pkwy. Fort Worth, TX 76177 | X - | | 1. 2009 FRHT Semi Truck with approx. 28,000 miles in name of United Group International Inc. ($100,000) 2. 2009 FRHT Semi Truck with approx. 32,000 miles in name of United Group International Inc. ($100,000) 3. 2009 FRHT Semi Truck with a | | | X | | |
| | | | Value $          300,000.00 | | | | 300,594.08 | 594.08 |
| Account No. 100-0189936-000 CS | | | Purchase Money Security | | | | | |
| Creditor #: 8 Daimler Truck Financial 13650 Heritage Pkwy. Fort Worth, TX 76177 | X - | | 1. 2009 FRHT Semi Truck with approx. 15,000 miles in name of United Group International Inc. ($100,000) 2. 2009 FRHT Semi Truck with approx. 16,000 miles in name of United Group International Inc. ($100,000) | | | X | | |
| | | | Value $          200,000.00 | | | | 212,148.25 | 12,148.25 |
| Account No. 4170510-01 | | | Purchase Money Security | | | | | |
| Creditor #: 9 Ge Capital Solutions PO Box 822108 Philadelphia, PA 19182-2108 | X - | | 1. 2006 Stought Trailor in name of Hristo Hristov ($5,000) 2. 2006 Stought Trailor in name of Hristo Hristov ($5,000) 3. 2006 Stought Trailor in name of Hristo Hristov ($5,000) | | | X | | |
| | | | Value $          15,000.00 | | | | 18,351.51 | 3,351.51 |

Sheet   **1**___ of ___**4**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 688,911.84 | 47,343.72 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Hristo Hristov**                                                    Case No. _____
                                                        ,
                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **5856118-001** | | | Purchase Money Security | | | | | |
| Creditor #: 10<br>Ge Capital Solutions<br>PO Box 822108<br>Philadelphia, PA 19182-2108 | X | - | 1. 2007 Volvo Semi Truck with approx. 274,000 miles in name of United Group International Inc. ($50,000)<br>2. 2007 Volvo Semi Truck with approx. 306,000 miles in name of United Group International Inc. ($50,000)<br>3. 2007 Volvo Semi Truck wi | | X | | | |
| | | | Value $                    200,000.00 | | | | 248,303.30 | 48,303.30 |
| Account No. **5881492-001** | | | Automobile Lease | | | | | |
| Creditor #: 11<br>GE Capital Solutions<br>PO Box 822108<br>Philadelphia, PA 19182-2108 | X | - | 1. 2009 FRHT Semi Truck with approx. 18,000 miles in name of United Group International Inc. ($100,000) | | X | | | |
| | | | Value $                    100,000.00 | | | | 98,527.20 | 0.00 |
| Account No. **5880075-001** | | | Automobile Lease | | | | | |
| Creditor #: 12<br>GE Capital Solutions<br>PO Box 822108<br>Philadelphia, PA 19182-2108 | X | - | 1. 2009 Volvo Semi Truck with approx. 33,000 miles in name of United Group International Inc. ($80,000)<br>2. 2009 Volvo Semi Truck with approx. 34,000 miles in name of United Group International Inc. ($80,000)<br>3. 2009 Volvo Semi Truck with | | X | | | |
| | | | Value $                    240,000.00 | | | | 268,128.00 | 28,128.00 |
| Account No. **6100215726** | | | Opened 11/01/05 | | | | | |
| Creditor #: 13<br>Harris N A<br>Po Box 94034<br>Palatine, IL 60094 | X | - | Mortgage (HELOC)<br><br>Residence/Condominium:<br>5357 N. East River Road, Apt. 603<br>Chicago, Illinois 60656 | | X | | | |
| | | | Value $                    250,000.00 | | | | 47,077.00 | 0.00 |
| Account No. **5910835141** | | | Purchase Money Security | | | | | |
| Creditor #: 14<br>Key Equipment Finance<br>3075 Highland Parkway, 7th Floor<br>Downers Grove, IL 60515 | X | - | 1. 2009 Volvo Semitruck with aprox. 35,000 miles in name of United Group International, Inc. ($100,000)<br>2. 2009 Volvo Semitruck with aprox. 30,000 miles in name of United Group International, Inc. ($100,000)<br>3. 2010 Utility Trailor in nam | | X | | | |
| | | | Value $                    440,000.00 | | | | 403,500.00 | 0.00 |

Sheet __**2**__ of __**4**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 1,065,535.50 | 76,431.30 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re  **Hristo Hristov**                                                              , Case No. _____

                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **40078345** <br><br> **Creditor #: 15** <br> **MeriCap Credit Corporation** <br> **3333 Warenville Rd.** <br> **Ste. 325** <br> **Lisle, IL 60532** | X | - | **Purchase Money Security** <br> **1. 2009 Volvo Semitruck with aprox. 125,000 miles in name of United Group International, Inc. ($85,000)** <br> **2. 2009 Volvo Semitruck with aprox. 130,000 miles in name of United Group International, Inc. ($85,000)** | | X | | | |
| | | | Value $                **170,000.00** | | | | 173,065.00 | 3,065.00 |
| Account No. **120857000** <br><br> **Creditor #: 16** <br> **National City Commercial Capital Company, LLC** <br> **995 Dalton Avenue** <br> **Cincinnati, OH 45203** | X | - | **Purchase Money Security** <br><br> **1. 2009 FRHT Semi Truck with approx. 11,000 miles in name of United Group International, Inc. ($100,000)** | | X | | | |
| | | | Value $                **100,000.00** | | | | 107,987.70 | 7,987.70 |
| Account No. **06897912** <br><br> **Creditor #: 17** <br> **Navistar Financial Corporation** <br> **P.O. Box 96070** <br> **Chicago, IL 60693** | X | - | **Purchase Money Security** <br> **1. 2006 Utility Trailor in name of United Group International Inc. ($13,000)** <br> **2. 2006 Utility Trailor in name of United Group International Inc. ($13,000)** <br> **3. 2006 Utility Trailor in name of United Group International Inc. ($13,000)** <br> **4. 2** | | X | | | |
| | | | Value $                 **91,000.00** | | | | 55,170.64 | 0.00 |
| Account No. **06897912** <br><br> **Creditor #: 18** <br> **Navistar Financial Corporation** <br> **P.O. Box 96070** <br> **Chicago, IL 60693** | X | - | **Purchase Money Security** <br> **1. 2007 Utility Trailor in name of United Group International Inc. ($8,000)** <br> **2. 2006 Utility Trailor in name of United Group International Inc. ($5,000)** <br> **3. 2007 Utility Trailor in name of United Group International Inc. ($8,000)** | | X | | | |
| | | | Value $                 **21,000.00** | | | | 24,285.65 | 3,285.65 |
| Account No. **55052191** <br><br> **Creditor #: 19** <br> **Toyota Motor Credit Corporation** <br> **19001 S. Western Ave, Mailstop WF11** <br> **Torrance, CA 90501** | X | - | **Purchase Money Security** <br> **1. 2009 Volvo Semi Truck with approx. 148,000 miles in name of United Group International Inc. ($85,000)** <br> **2. 2009 Volvo Semi Truck with approx. 143,000 miles in name of United Group International Inc. ($85,000)** <br> **3. 2009 Volvo Semi Truck wit** | | X | | | |
| | | | Value $                **340,000.00** | | | | 334,434.24 | 0.00 |

Sheet  **3**___ of  **4**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 694,943.23 | 14,338.35 |
|---|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re   **Hristo Hristov**                                                                    ,        Case No. _____
                                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **500-7551616-001** <br><br> **Creditor #: 20** <br> **Volvo Financial Services** <br> **7025 Albert Pick Road, Ste. 105** <br> **PO Box 26131** <br> **Greensboro, NC 27402-6131** | X | - | **Purchase Money Security** <br> **1. 2007 Volvo Semi Truck with approx. 286,000 miles in name of United Group International, Inc. ($60,000)** <br> **2. 2007 Volvo Semi Truck with approx. 230,000 miles in name of United Group International, Inc. ($60,000)** | | X | | | |
| | | | Value $                    **120,000.00** | | | | **147,000.00** | **27,000.00** |
| Account No. **500-7551616-003** <br><br> **Creditor #: 21** <br> **Volvo Financial Services** <br> **7025 Albert Pick Road, Ste. 105** <br> **PO Box 26131** <br> **Greensboro, NC 27402-6131** | X | - | **Automobile Lease** <br> **1. 2008 Volvo Semi Truck with approx. 30,000 miles in name of United Group International, Inc. ($100,000)** <br> **2. 2008 Volvo Semi Truck with approx. 34,000 miles in name of United Group International, Inc. ($100,000)** <br> **3. 2008 Volvo Semi Truck w** | | X | | | |
| | | | Value $                    **500,000.00** | | | | **630,942.60** | **130,942.60** |
| Account No. **500-7551616-002** <br><br> **Creditor #: 22** <br> **Volvo Financial Services** <br> **7025 Albert Pick Road, Ste. 105** <br> **PO Box 26131** <br> **Greensboro, NC 27402-6131** | X | - | **Automobile Lease** <br> **1. 2008 Volvo Semi Truck with approx. 75,000 miles in name of United Group International Inc. ($90,000)** <br> **2. 2008 Volvo Semi Truck with approx. 73,000 miles in name of United Group International Inc. ($90,000)** <br> **3. 2008 Volvo Semi Truck with** | | X | | | |
| | | | Value $                    **270,000.00** | | | | **362,934.00** | **92,934.00** |
| Account No. **1560704829142** <br><br> **Creditor #: 23** <br> **Washington Mutual Fa** <br> **Po Box 1093** <br> **Northridge, CA 91328** | X | - | **Opened 11/01/05** <br><br> **Mortgage** <br><br> **Residence/Condominium:** <br> **5357 N. East River Road, Apt. 603** <br> **Chicago, Illinois 60656** | | X | | | |
| | | | Value $                    **250,000.00** | | | | **197,087.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet ___**4**___ of ___**4**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal <br> (Total of this page) | **1,337,963.60** | **250,876.60** |
|---|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | **4,259,421.62** | **415,095.97** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re    **Hristo Hristov**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re    **Hristo Hristov**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **4494542** | | | Revolving | | | | | |
| **Creditor #: 1**<br>**Illinois Department of Employment S**<br>**PO Box 19286**<br>**Springfield, IL 62794-9286** | X | - | **Employee's Tax Liability** | | X | | | **Unknown** |
| | | | | | | | **Unknown** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |

Husband, Wife, Joint, or Community

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Total of this page) | 0.00 | |
|---|---|---|---|
| | | 0.00 | 0.00 |
| | Total<br>(Report on Summary of Schedules) | 0.00 | |
| | | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Hristo Hristov**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **3715-352617-72004** <br><br> **Creditor #: 1** <br> **American Express** <br> **Box 0001** <br> **Los Angeles, CA 90096** | X | - | | | **Prior to 12/08** <br> **Business credit account in name of United Group International, Inc., personally guaranteed by debtor.** | | X | | 2,650.06 |
| Account No. **xxxx-xxxxx2-11003** <br><br> **Creditor #: 2** <br> **American Express** <br> **Po Box 0001** <br> **Los Angeles, CA 90096-8000** | X | - | | | **Business credit account in name of United Group International, Inc., personally guaranteed by debtor.** | | X | | 403.67 |
| Account No. <br><br> **Creditor #: 3** <br> **American General Finance** <br> **5124 N. Harlem Ave.** <br> **Harwood Heights, IL 60706** | | - | | | **Prior to 12/08** <br> **Credit account.** | | | | 4,894.01 |
| Account No. **16510864** <br><br> **Creditor #: 4** <br> **American General Finance** <br> **5124 N. Harlem Ave.,** <br> **Harwood Heights, IL 60706-3617** | | - | | | **06/11/09** <br> **Credit account** | | | | 4,727.16 |

__7__  continuation sheets attached

Subtotal
(Total of this page) **12,674.90**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
S/N:30457-091118    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Hristo Hristov**                                    ,      Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **American General Finance** Po Box 790368 Saint Louis, MO 63179-0368 | | | | Representing: **American General Finance** | | | | **Notice Only** |
| Account No. **N205798** **Creditor #: 5** **Arkansas Public Services Commission** **Tax Division** **PO Box 8021** **Little Rock, AR 72203** | X | - | | Highway Tax; business expense. | | X | | **630.00** |
| Account No. **2605113330009** **Creditor #: 6** **Bally Total Fitness** **12440 E Imperial Hwy #30** **Norwalk, CA 90650** | | - | | Opened  3/01/08 Installment contract. | | X | | **648.00** |
| Account No. **4115-0725-9861-4793** **Creditor #: 7** **Capital One** **PO Box 6492** **Carol Stream, IL 60197-6492** | | - | | Credit account. | | | | **825.37** |
| Account No. **800-0001-8310335-0101** **Creditor #: 8** **Charter One** **1215 Superior Ave.** **Cleveland, OH 44114-3299** | X | - | | Prior to 12/08 Business loan in name of United Group International Inc., personally guaranteed by debtor. | | | | **59,909.63** |

Sheet no. __1___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**62,013.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Hristo Hristov** _____,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Charter One Payment Address P.O. Box 9799 Providence, RI 02940** | | | Representing: **Charter One** | | | | **Notice Only** |
| Account No. **4559-5421-0057-1700** | | | Opened **6/01/01** Credit account. | | | | |
| **Creditor #: 9 Chase 800 Brooksedge Blvd Westerville, OH 43081** | - | | | | X | | **6,678.79** |
| Account No. | | | | | | | |
| **Chase Cardmember Service PO Box 15153 Wilmington, DE 19886** | | | Representing: **Chase** | | | | **Notice Only** |
| Account No. **4104-1300-0522-3948** | | | Opened **9/01/02** Credit account. | | | | |
| **Creditor #: 10 Chase 800 Brooksedge Blvd Westerville, OH 43081** | - | | | | X | | **4,054.83** |
| Account No. | | | | | | | |
| **Chase Cardmember Service Wilmington, DE 19886** | | | Representing: **Chase** | | | | **Notice Only** |

Sheet no. __**2**__ of __**7**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **10,733.62**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Hristo Hristov**                                            ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **4266-8411-3193-4612** | | | | Opened  3/01/07 Credit account. | | | | |
| **Creditor #: 11 Chase 800 Brooksedge Blvd Westerville, OH 43081** | | - | | | | X | | 2,276.78 |
| Account No. | | | | Representing: Chase | | | | |
| **Chase Cardmember Services Wilmington, DE 19886** | | | | | | | | Notice Only |
| Account No. **4246-3151-5654-0252** | | | | Prior to 12/08 Business credit account in name of United Group International, Inc., personally guaranteed by debtor. | | | | |
| **Creditor #: 12 Chase Cardmember Services PO Box 15153 Wilmington, DE 19886** | X | - | | | | | | 2,291.69 |
| Account No. **5424-1806-9700-3967** | | | | Opened  4/01/08 Credit account. | | | | |
| **Creditor #: 13 Citi Po Box 6241 Sioux Falls, SD 57117** | | - | | | | X | | 17,072.38 |
| Account No. | | | | Representing: Citi | | | | |
| **Citi Customer Service PO Box 6000 The Lakes, NV 89163** | | | | | | | | Notice Only |

Sheet no. __3__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,640.85

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Hristo Hristov**
_____,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Citi Cards** <br> **PO Box 688912** <br> **Des Moines, IA 50368** | | | Representing: <br> Citi | | | | **Notice Only** |
| Account No. **5424-1807-9295-6200** <br> **Creditor #: 14** <br> **Citi** <br> **P.O. Box 6000** <br> **The Lakes, NV 89163** | - | | **Prior to 12/08** <br> **Credit account.** | | | | **14,431.91** |
| Account No. <br><br> **Citi Cards** <br> **PO Box 688912** <br> **Des Moines, IA 50368** | | | Representing: <br> Citi | | | | **Notice Only** |
| Account No. **4814** <br> **Creditor #: 15** <br> **Fia Csna** <br> **Po Box 17054** <br> **Wilmington, DE 19884** | - | | **Opened  2/01/07** <br> **Credit account.** | | X | | **5,737.00** |
| Account No. **1010018647** <br> **Creditor #: 16** <br> **First Communications** <br> **200 East Randolph St., Ste 200** <br> **Chicago, IL 60601** | - | | **Revolving** <br> **Business expense; telephone for gas used in trucking business at United Group International, Inc.; included for purposes of notice, closure, and discharge of any personal liaiblity.** | | X | | **0.00** |

Sheet no. __4__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**20,168.91**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Hristo Hristov**                                                              Case No. _____
                                          ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4988-8200-0090-3830** <br><br> **Creditor #: 17** <br> **First Equity Card Corp.** <br> **PO Box 23029** <br> **Columbus, GA 31902-3029** | X | - | **Prior to 12/08** <br> **Business credit account in name of United Group International, Inc., personally guaranteed by debtor.** | | | | 12,084.38 |
| Account No. **405014. 403438, 406738** <br><br> **Creditor #: 18** <br> **Fleet-Tech Transportation Services** <br> **PO Box 300848** <br> **Memphis, TN 38130** | X | - | **Revolving** <br> **Business expense; credit account for gas used in trucking business at United Group International, Inc.; included for purposes of notice, closure, and discharge of any personal liaiblity.** | | X | | 198,933.00 |
| Account No. **5329-0172-2520-4814** <br><br> **Creditor #: 19** <br> **Harris** <br> **FIA Card Services** <br> **Po Box 15019** <br> **Wilmington, DE 19886-5019** | | - | **Credit account.** | | | | 6,437.63 |
| Account No. **06-2343 // 150509** <br><br> **Creditor #: 20** <br> **Kansas Department of Revenue** <br> **Division of Property Valuation** <br> **Robert B. Docking State Office Bldg** <br> **Topeka, KS 66612-1585** | X | - | **Highway Tax; Business Expense** | | X | | 741.00 |
| Account No. **3108214844** <br><br> **Creditor #: 21** <br> **Kay Jewelers** <br> **Po Box 740425** <br> **Cincinnati, OH 45274-0425** | | - | **Credit account.** | | | | 1,651.52 |

Sheet no. __5___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

219,847.53

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Hristo Hristov**                                                            ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kay Jewelers** <br> **Po Box 1799** <br> **Akron, OH 44309** | | | **Representing:** <br> **Kay Jewelers** | | | | **Notice Only** |
| Account No. **43-819-794-430-0** <br><br> **Creditor #: 22** <br> **Macys** <br> **Po Box 689195** <br> **Des Moines, IA 50368-9195** | | - | Credit account. | | | | **628.69** |
| Account No. **4381979443020** <br><br> **Creditor #: 23** <br> **Mcydsnb** <br> **9111 Duke Blvd** <br> **Mason, OH 45040** | | - | **Opened  5/01/09** <br> **Credit account.** | | X | | **243.00** |
| Account No. **219096790** <br><br> **Creditor #: 24** <br> **T-Mobile** <br> **PO Box 742596** <br> **Cincinnati, OH 45274-2596** | | - | **Credit account** | | | | **925.59** |
| Account No. **Doc: 209  No: 0431** <br><br> **Creditor #: 25** <br> **Todor Atanassov** <br> **c/o Keating, O'Gara, Nedved & Peter** <br> **530 South 13th St., Ste. 100** <br> **Lincoln, NE 68508** | | - | **Dec. 27, 2008** <br> **Worker's compensation claim against United Group International, Inc.; included for purposes of notice and discharge of any personal laibility.** | | X | | **250,000.00** |

Sheet no. __6__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**251,797.28**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Hristo Hristov**                                                          ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **4037840025572817** | | | | **Opened 4/01/09 Credit account.** | | | | |
| **Creditor #: 26 Us Bank/Na Nd 4325 17th Ave S Fargo, ND 58125** | - | | | | | X | | |
| | | | | | | | | **5,233.37** |
| Account No. | | | | | | | | |
| **US Bank PO Box 790408 Saint Louis, MO 63179-0408** | | | | **Representing: Us Bank/Na Nd** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __7__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | **5,233.37** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **604,109.46** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re      **Hristo Hristov**                                                        ,      Case No. _____
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Hristo Hristov**                                                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Desislava Hristova**<br>**5357 N.E. River Road, Apt. 603**<br>**Chicago, IL 60656** | **Washington Mutual Fa**<br>**Po Box 1093**<br>**Northridge, CA 91328** |
| **Desislava Hristova**<br>**5357 N.E. River Road, Apt. 603**<br>**Chicago, IL 60656** | **Harris N A**<br>**Po Box 94034**<br>**Palatine, IL 60094** |
| **United Group International Inc.**<br>**2300 E. Higgins Road**<br>**Suite 315**<br>**Elk Grove Village, IL 60007** | **American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096** |
| **United Group International Inc.**<br>**2300 E. Higgins Rd.**<br>**Suite 315**<br>**Elk Grove Village, IL 60007** | **Chase**<br>**Cardmember Services**<br>**PO Box 15153**<br>**Wilmington, DE 19886** |
| **United Group International Inc.**<br>**2300 E. Higgins Road**<br>**Suite 315**<br>**Elk Grove Village, IL 60007** | **Volvo Financial Services**<br>**7025 Albert Pick Road, Ste. 105**<br>**PO Box 26131**<br>**Greensboro, NC 27402-6131** |
| **United Group International Inc.**<br>**2300 E. Higgins Road**<br>**Suite 315**<br>**Elk Grove Village, IL 60007** | **Key Equipment Finance**<br>**3075 Highland Parkway, 7th Floor**<br>**Downers Grove, IL 60515** |
| **United Group International Inc.**<br>**2300 E. Higgins Road**<br>**Suite 315**<br>**Elk Grove Village, IL 60007** | **Volvo Financial Services**<br>**7025 Albert Pick Road, Ste. 105**<br>**PO Box 26131**<br>**Greensboro, NC 27402-6131** |
| **United Group International Inc.**<br>**2300 E. Higgins Road**<br>**Suite 315**<br>**Elk Grove Village, IL 60007** | **Volvo Financial Services**<br>**7025 Albert Pick Road, Ste. 105**<br>**PO Box 26131**<br>**Greensboro, NC 27402-6131** |
| **United Group International Inc.**<br>**2300 E. Higgins Road**<br>**Suite 315**<br>**Elk Grove Village, IL 60007** | **Toyota Motor Credit Corporation**<br>**19001 S. Western Ave, Mailstop WF11**<br>**Torrance, CA 90501** |
| **United Group International Inc.**<br>**2300 E. Higgins Road**<br>**Suite 315**<br>**Elk Grove Village, IL 60007** | **National City Commercial Capital**<br>**Company, LLC**<br>**995 Dalton Avenue**<br>**Cincinnati, OH 45203** |

**2**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Hristo Hristov**                                             , Case No. _____

<div align="center">Debtor</div>

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **United Group International Inc.**<br>**2300 E. Higgins Road**<br>**Suite 315**<br>**Elk Grove Village, IL 60007** | **Navistar Financial Corporation**<br>**P.O. Box 96070**<br>**Chicago, IL 60693** |
| **United Group International Inc.**<br>**2300 E. Higgins Road**<br>**Suite 315**<br>**Elk Grove Village, IL 60007** | **Navistar Financial Corporation**<br>**P.O. Box 96070**<br>**Chicago, IL 60693** |
| **United Group International Inc.**<br>**2300 E. Higgins Road**<br>**Suite 315**<br>**Elk Grove Village, IL 60007** | **Ge Capital Solutions**<br>**PO Box 822108**<br>**Philadelphia, PA 19182-2108** |
| **United Group International Inc.**<br>**2300 E. Higgins Road**<br>**Suite 315**<br>**Elk Grove Village, IL 60007** | **Ge Capital Solutions**<br>**PO Box 822108**<br>**Philadelphia, PA 19182-2108** |
| **United Group International Inc.**<br>**2300 E. Higgins Road**<br>**Suite 315**<br>**Elk Grove Village, IL 60007** | **GE Capital Solutions**<br>**PO Box 822108**<br>**Philadelphia, PA 19182-2108** |
| **United Group International Inc.**<br>**2300 E. Higgins Road**<br>**Suite 315**<br>**Elk Grove Village, IL 60007** | **GE Capital Solutions**<br>**PO Box 822108**<br>**Philadelphia, PA 19182-2108** |
| **United Group International Inc.**<br>**2300 E. Higgins Road**<br>**Suite 315**<br>**Elk Grove Village, IL 60007** | **Daimler Truck Financial**<br>**13650 Heritage Pkwy.**<br>**Fort Worth, TX 76177** |
| **United Group International Inc.**<br>**2300 E. Higgins Road**<br>**Suite 315**<br>**Elk Grove Village, IL 60007** | **Daimler Truck Financial**<br>**13650 Heritage Pkwy.**<br>**Fort Worth, TX 76177** |
| **United Group International Inc.**<br>**2300 E. Higgins Road**<br>**Suite 315**<br>**Elk Grove Village, IL 60007** | **Commercial Credit Group**<br>**121 West Trade Street, Ste. 2100**<br>**Charlotte, NC 28202** |
| **United Group International Inc.**<br>**2300 E. Higgins Road**<br>**Suite 315**<br>**Elk Grove Village, IL 60007** | **Commercial Credit Group**<br>**121 West Trade Street, Ste. 2100**<br>**Charlotte, NC 28202** |

Sheet    __1__   of  __2__    continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re   **Hristo Hristov**                                                                ,   Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **United Group International Inc.**<br>**2300 E. Higgins Road**<br>**Suite 315**<br>**Elk Grove Village, IL 60007** | **Commercial Credit Group**<br>**121 West Trade Street, Ste. 2100**<br>**Charlotte, NC 28202** |
| **United Group International Inc.**<br>**2300 E. Higgins Road**<br>**Suite 315**<br>**Elk Grove Village, IL 60007** | **Commercial Credit Group**<br>**121 West Trade Street, Ste. 2100**<br>**Charlotte, NC 28202** |
| **United Group International Inc.**<br>**2300 E. Higgins Road**<br>**Suite 315**<br>**Elk Grove Village, IL 60007** | **Fleet-Tech Transportation Services**<br>**PO Box 300848**<br>**Memphis, TN 38130** |
| **United Group International Inc.**<br>**2300 E. Higgins Road**<br>**Suite 315**<br>**Elk Grove Village, IL 60007** | **American Express**<br>**Po Box 0001**<br>**Los Angeles, CA 90096-8000** |
| **United Group International Inc.**<br>**2300 E. Higgins Road**<br>**Suite 315**<br>**Elk Grove Village, IL 60007** | **Kansas Department of Revenue**<br>**Division of Property Valuation**<br>**Robert B. Docking State Office Bldg**<br>**Topeka, KS 66612-1585** |
| **United Group International Inc.**<br>**2300 E. Higgins Road**<br>**Suite 315**<br>**Elk Grove Village, IL 60007** | **Arkansas Public Services Commission**<br>**Tax Division**<br>**PO Box 8021**<br>**Little Rock, AR 72203** |
| **United Group International Inc.**<br>**2300 E. Higgins Road**<br>**Suite 315**<br>**Elk Grove Village, IL 60007** | **Illinois Department of Employment S**<br>**PO Box 19286**<br>**Springfield, IL 62794-9286** |
| **United Group International, Inc.**<br>**2300 E. Higgins Rd.**<br>**Suite 315**<br>**Elk Grove Village, IL 60007** | **First Equity Card Corp.**<br>**PO Box 23029**<br>**Columbus, GA 31902-3029** |
| **United Group International, Inc.**<br>**2300 E. Higgins Road**<br>**Suite 315**<br>**Elk Grove Village, IL 60007** | **Charter One**<br>**1215 Superior Ave.**<br>**Cleveland, OH 44114-3299** |
| **United Group International, Inc.**<br>**2300 E. Higgins Rd.**<br>**Elk Grove Village, IL 60007** | **MeriCap Credit Corporation**<br>**3333 Warenville Rd.**<br>**Ste. 325**<br>**Lisle, IL 60532** |

Sheet __**2**__ of __**2**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re __Hristo Hristov_____     Case No. _____
                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Son** | AGE(S):<br>**10**<br>**18** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Manager** | **Sky-cap assistant** |
| Name of Employer | **United Group Express, Inc.** | **Prospect Airport Services, Inc.** |
| How long employed | **May 31, 2009 to present** | **2005 to present** |
| Address of Employer | **611 Busse Road, Unit 210**<br>**Bensenville, IL 60106** | |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **3,683.33** | $ | **973.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **3,683.33** | $ | **973.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a.  Payroll taxes and social security | $ | **509.17** | $ | **102.00** |
|    b.  Insurance | $ | **0.00** | $ | **0.00** |
|    c.  Union dues | $ | **0.00** | $ | **0.00** |
|    d.  Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **509.17** | $ | **102.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **3,174.16** | $ | **871.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance | | | | |
| (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income | | | | |
| (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **3,174.16** | $ | **871.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **4,045.16** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **Hristo Hristov**                                                  Case No. _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 1,290.00 |
| a. Are real estate taxes included? | Yes ___ | No **X** | |
| b. Is property insurance included? | Yes ___ | No **X** | |
| 2. Utilities:   a. Electricity and heating fuel | | $ | 200.00 |
| b. Water and sewer | | $ | 0.00 |
| c. Telephone | | $ | 200.00 |
| d. Other **Internet** | | $ | 63.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 100.00 |
| 4. Food | | $ | 500.00 |
| 5. Clothing | | $ | 100.00 |
| 6. Laundry and dry cleaning | | $ | 35.00 |
| 7. Medical and dental expenses | | $ | 50.00 |
| 8. Transportation (not including car payments) | | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 50.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 98.00 |
| c. Health | | $ | 47.00 |
| d. Auto | | $ | 133.00 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify)   **Real estate taxes** | | $ | 190.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 539.00 |
| b. Other **Homeowner's assocation dues** | | $ | 134.00 |
| c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other | | $ | 0.00 |
| Other | | $ | 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $ **4,029.00**

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---|
| a. | Average monthly income from Line 15 of Schedule I | $ | 4,045.16 |
| b. | Average monthly expenses from Line 18 above | $ | 4,029.00 |
| c. | Monthly net income (a. minus b.) | $ | 16.16 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Hristo Hristov**                                                                    Case No.
                                          Debtor(s)                      Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __32__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **November 19, 2009**                        Signature    **/s/ Hristo Hristov**

                                                                                    **Hristo Hristov**
                                                                                      Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Hristo Hristov__                                 Case No. _____

                                       Debtor(s)        Chapter     **7**   _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$8,051,353.00** | **2007: United Group International, Inc. (amount reflects gross income; corporation showed a loss of $184,430)** |
| **$9,735,544.00** | **2008: United Group International, Inc. (amount reflects gross income; corporation showed a loss of $18,481)** |
| **$46,401.00** | **2007: Self employed truck driver (gross from schedule C) (net income $12,901)** |
| **$32,300.00** | **2008: Self employed truck driver (gross from schedule C) (net income: $5,627)** |
| **$42,233.00** | **2007: Gross Wages (incuding non-filing spouse)** |
| **$57,575.00** | **2008: Gross Wages (incuding non-filing spouse)** |
| **$19,550.00** | **2009:** **United Group Express (from May 31, 2009): $19,550** |

| AMOUNT | SOURCE |
|---|---|
| **$3,313,614.02** | **2009:**<br>**United Group International, Inc. (gross wages from P&L Statement)** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Possable claim for worker's compensation by Todor Atanassov Doc.: 209 No: 0431** | **Worker's compensation claim against United Group International, Inc.** | **Lincoln, Nebraska** | **Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5. Repossessions, foreclosures and returns**

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Kaplan Law Offices, P.C.**<br>**4043 Dempster**<br>**Skokie, IL 60076** | **18 June 2009** | **$500.00** |
| **Kaplan Law Offices, P.C.**<br>**4043 Dempster**<br>**Skokie, IL 60076** | **10 September 2009** | **$1,000.00** |
| **Kaplan Law Offices, P.C.**<br>**4043 Dempster**<br>**Skokie, IL 60076** | **19 November 2009 (payment includes services rendered for companion case of Chapt. 7 BK of United Group, International, Inc.)** | **$2,800.00** |

### 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Petar Agov**<br>**7400 Webster Street**<br>**Arvada, CO 80003**<br>    **Purchaser** | **May 2008** | **2000 Freightliner truck with over 1,000,000 miles; $13,000 paid in installments starting in 2006 and ending aprox. May 2008.** |

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

5

### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15.  Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16.  Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

6

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within **six years** immediately preceding the commencement of this case.

   *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

   *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| United Group International, Inc. | 20-1335130 | 2300 E. Higgins Road, Ste. 315 Elk Grove Village, IL 60007 | Trucking | July 2004 to June 2009 |
| Self employed truck driver | xxx-xx-0959 | 5357 N. East River Road, Ste. 603 Chicago, IL 60656 | Self employed truck driver | 2004 to June 2009 |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Rumen Consulting, Co.** | **2007 and 2008 Income Tax Returns.** |
| **2924 N. 74th Ave.** | |
| **Elmwood Park, IL 60707** | |

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                                         DATE AND PURPOSE                          AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                       OF WITHDRAWAL                              OR DESCRIPTION AND
                                                                                                                         VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                              TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                            TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **November 19, 2009**                          Signature    **/s/ Hristo Hristov**
                                                                                **Hristo Hristov**
                                                                                Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Hristo Hristov** _____   Case No. _____

_____ Debtor(s)   Chapter   **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**American General Finan** | **Describe Property Securing Debt:**<br>**General and ordinary household goods and furnishings** |
|---|---|

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
■ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**American Honda Finance** | **Describe Property Securing Debt:**<br>**2007 Honda Accord with aprox. 40,000 miles** |
|---|---|

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Harris N A** | **Describe Property Securing Debt:**<br>**Residence/Condominium:**<br>**5357 N. East River Road, Apt. 603**<br>**Chicago, Illinois 60656** |

Property will be (check one):
☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                              ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Washington Mutual Fa** | **Describe Property Securing Debt:**<br>**Residence/Condominium:**<br>**5357 N. East River Road, Apt. 603**<br>**Chicago, Illinois 60656** |

Property will be (check one):
☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                              ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **November 19, 2009**                    Signature  **/s/ Hristo Hristov**
                                                           **Hristo Hristov**
                                                           Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Hristo Hristov** _____    Case No. _____

                                      Debtor(s)        Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 1,851.00 |
| Prior to the filing of this statement I have received | $ | 1,851.00 |
| Balance Due | $ | 0.00 |

2.  $ __**299.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **November 19, 2009** _____

                             **/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)** _____
                             **Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
                             **Kaplan Law Offices, P.C.**
                             **4043 Dempster**
                             **Skokie, IL 60076**
                             **847-676-8600  Fax: 847-676-8601**
                             **ayk@ameritech.net**

B 201 (12/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

B 201 (12/08)                                                                                                                    Page 2

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Alexey Y. Kaplan (Kaplan Law Offices, P.C.)** <br> **6272494** | X **/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)** | **November 19, 2009** |
| Printed Name of Attorney <br> Address: <br> **4043 Dempster** <br> **Skokie, IL 60076** <br> **847-676-8600** <br> **ayk@ameritech.net** | Signature of Attorney | Date |

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | |
|---|---|---|
| **Hristo Hristov** | X **/s/ Hristo Hristov** | **November 19, 2009** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) | X | |
| | Signature of Joint Debtor (if any) | Date |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Hristo Hristov** _____   Case No. _____

                                          Debtor(s)       Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____  **90**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **November 19, 2009** _____    **/s/ Hristo Hristov** _____

                                                           **Hristo Hristov**
                                                           Signature of Debtor

.

American Express
Box 0001
Los Angeles, CA 90096


American Express
Po Box 0001
Los Angeles, CA 90096-8000


American General Finan
5124 N Harlem Ave
Harwood Heights, IL 60706


American General Finance
5124 N. Harlem Ave.
Harwood Heights, IL 60706


American General Finance
5124 N. Harlem Ave.,
Harwood Heights, IL 60706-3617


American General Finance
Po Box 790368
Saint Louis, MO 63179-0368


American Honda Finance
2170 Point Blvd Ste 100
Elgin, IL 60123


Arkansas Public Services Commission
Tax Division
PO Box 8021
Little Rock, AR 72203


Bally Total Fitness
12440 E Imperial Hwy #30
Norwalk, CA 90650


Capital One
PO Box 6492
Carol Stream, IL 60197-6492


Charter One
1215 Superior Ave.
Cleveland, OH 44114-3299

```
Charter One
Payment Address
P.O. Box 9799
Providence, RI 02940


Chase
800 Brooksedge Blvd
Westerville, OH 43081


Chase
800 Brooksedge Blvd
Westerville, OH 43081


Chase
800 Brooksedge Blvd
Westerville, OH 43081


Chase
Cardmember Services
PO Box 15153
Wilmington, DE 19886


Chase
Cardmember Service
PO Box 15153
Wilmington, DE 19886


Chase
Cardmember Service
Wilmington, DE 19886


Chase
Cardmember Services
Wilmington, DE 19886


Citi
Po Box 6241
Sioux Falls, SD 57117


Citi
P.O. Box 6000
The Lakes, NV 89163
```

```
Citi
Customer Service
PO Box 6000
The Lakes, NV 89163


Citi Cards
PO Box 688912
Des Moines, IA 50368


Citi Cards
PO Box 688912
Des Moines, IA 50368


Commercial Credit Group
121 West Trade Street, Ste. 2100
Charlotte, NC 28202


Commercial Credit Group
121 West Trade Street, Ste. 2100
Charlotte, NC 28202


Commercial Credit Group
121 West Trade Street, Ste. 2100
Charlotte, NC 28202


Commercial Credit Group
121 West Trade Street, Ste. 2100
Charlotte, NC 28202


Daimler Truck Financial
13650 Heritage Pkwy.
Fort Worth, TX 76177


Daimler Truck Financial
13650 Heritage Pkwy.
Fort Worth, TX 76177


Desislava Hristova
5357 N.E. River Road, Apt. 603
Chicago, IL 60656


Desislava Hristova
5357 N.E. River Road, Apt. 603
Chicago, IL 60656
```

Fia Csna
Po Box 17054
Wilmington, DE 19884


First Communications
200 East Randolph St., Ste 200
Chicago, IL 60601


First Equity Card Corp.
PO Box 23029
Columbus, GA 31902-3029


Fleet-Tech Transportation Services
PO Box 300848
Memphis, TN 38130


Ge Capital Solutions
PO Box 822108
Philadelphia, PA 19182-2108


Ge Capital Solutions
PO Box 822108
Philadelphia, PA 19182-2108


GE Capital Solutions
PO Box 822108
Philadelphia, PA 19182-2108


GE Capital Solutions
PO Box 822108
Philadelphia, PA 19182-2108


Harris
FIA Card Services
Po Box 15019
Wilmington, DE 19886-5019


Harris N A
Po Box 94034
Palatine, IL 60094


Illinois Department of Employment S
PO Box 19286
Springfield, IL 62794-9286

Kansas Department of Revenue
Division of Property Valuation
Robert B. Docking State Office Bldg
Topeka, KS 66612-1585


Kay Jewelers
Po Box 740425
Cincinnati, OH 45274-0425


Kay Jewelers
Po Box 1799
Akron, OH 44309


Key Equipment Finance
3075 Highland Parkway, 7th Floor
Downers Grove, IL 60515


Macys
Po Box 689195
Des Moines, IA 50368-9195


Mcydsnb
9111 Duke Blvd
Mason, OH 45040


MeriCap Credit Corporation
3333 Warenville Rd.
Ste. 325
Lisle, IL 60532


National City Commercial Capital
Company, LLC
995 Dalton Avenue
Cincinnati, OH 45203


Navistar Financial Corporation
P.O. Box 96070
Chicago, IL 60693


Navistar Financial Corporation
P.O. Box 96070
Chicago, IL 60693

```
T-Mobile
PO Box 742596
Cincinnati, OH 45274-2596


Todor Atanassov
c/o Keating, O'Gara, Nedved & Peter
530 South 13th St., Ste. 100
Lincoln, NE 68508


Toyota Motor Credit Corporation
19001 S. Western Ave, Mailstop WF11
Torrance, CA 90501


United Group International Inc.
2300 E. Higgins Road
Suite 315
Elk Grove Village, IL 60007


United Group International Inc.
2300 E. Higgins Rd.
Suite 315
Elk Grove Village, IL 60007


United Group International Inc.
2300 E. Higgins Road
Suite 315
Elk Grove Village, IL 60007


United Group International Inc.
2300 E. Higgins Road
Suite 315
Elk Grove Village, IL 60007


United Group International Inc.
2300 E. Higgins Road
Suite 315
Elk Grove Village, IL 60007


United Group International Inc.
2300 E. Higgins Road
Suite 315
Elk Grove Village, IL 60007
```

United Group International Inc.
2300 E. Higgins Road
Suite 315
Elk Grove Village, IL 60007


United Group International Inc.
2300 E. Higgins Road
Suite 315
Elk Grove Village, IL 60007


United Group International Inc.
2300 E. Higgins Road
Suite 315
Elk Grove Village, IL 60007


United Group International Inc.
2300 E. Higgins Road
Suite 315
Elk Grove Village, IL 60007


United Group International Inc.
2300 E. Higgins Road
Suite 315
Elk Grove Village, IL 60007


United Group International Inc.
2300 E. Higgins Road
Suite 315
Elk Grove Village, IL 60007


United Group International Inc.
2300 E. Higgins Road
Suite 315
Elk Grove Village, IL 60007


United Group International Inc.
2300 E. Higgins Road
Suite 315
Elk Grove Village, IL 60007


United Group International Inc.
2300 E. Higgins Road
Suite 315
Elk Grove Village, IL 60007

United Group International Inc.
2300 E. Higgins Road
Suite 315
Elk Grove Village, IL 60007


United Group International Inc.
2300 E. Higgins Road
Suite 315
Elk Grove Village, IL 60007


United Group International Inc.
2300 E. Higgins Road
Suite 315
Elk Grove Village, IL 60007


United Group International Inc.
2300 E. Higgins Road
Suite 315
Elk Grove Village, IL 60007


United Group International Inc.
2300 E. Higgins Road
Suite 315
Elk Grove Village, IL 60007


United Group International Inc.
2300 E. Higgins Road
Suite 315
Elk Grove Village, IL 60007


United Group International Inc.
2300 E. Higgins Road
Suite 315
Elk Grove Village, IL 60007


United Group International Inc.
2300 E. Higgins Road
Suite 315
Elk Grove Village, IL 60007


United Group International Inc.
2300 E. Higgins Road
Suite 315
Elk Grove Village, IL 60007

```
United Group International Inc.
2300 E. Higgins Road
Suite 315
Elk Grove Village, IL 60007


United Group International, Inc.
2300 E. Higgins Rd.
Suite 315
Elk Grove Village, IL 60007


United Group International, Inc.
2300 E. Higgins Road
Suite 315
Elk Grove Village, IL 60007


United Group International, Inc.
2300 E. Higgins Rd.
Elk Grove Village, IL 60007


US Bank
PO Box 790408
Saint Louis, MO 63179-0408


Us Bank/Na Nd
4325 17th Ave S
Fargo, ND 58125


Volvo Financial Services
7025 Albert Pick Road, Ste. 105
PO Box 26131
Greensboro, NC 27402-6131


Volvo Financial Services
7025 Albert Pick Road, Ste. 105
PO Box 26131
Greensboro, NC 27402-6131


Volvo Financial Services
7025 Albert Pick Road, Ste. 105
PO Box 26131
Greensboro, NC 27402-6131


Washington Mutual Fa
Po Box 1093
Northridge, CA 91328
```

## United States Bankruptcy Court
### Northern District of Illinois

In re    **Hristo Hristov**                                                                Case No.

_____                    _____
Debtor(s)                    Chapter    **7**    _____

## AFFIDAVIT EVIDENCING COMPLIANCE WITH GENERAL RULE 39

Affiant is the attorney of record for

**Hristo Hristov**

and has knowledge of the matters covered by this affidavit and has read General Rule 39.

Affiant has not directly or indirectly solicited employment by the above-named party or parties, and knows of no solicitation of said party or parties by any person that has resulted in the employment of the affiant, except (here state all exceptions, or if none state "no exception").
**No Exception.**

Affiant has not paid, or promised to pay, and knows of no payment or promise of payment to the above-named party, or parties, of the costs of this case, or of the medical, living or other expenses of any party, or of any part of an attorney's fee, or of any portion of the recovery by suit or settlement herein to any person whatever other than the above-named party or parties and the attorneys of record herein, except (here state all exceptions, or if none state "no exception").
**No Exception.**

Affiant has filed contemporaneously herewith a signed copy of any written contingent fee agreement applicable to his compensation for representing the above-named party or parties in this action and represents that signed copy thereof has been furnished to each party whom he represents; if no copy of a contingent fee agreement is filed herewith, affiant represents that his compensation for services in this case is not on a contingent basis.

I, **Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**, certify under penalty of perjury that the above is true and correct.

Executed on    **November 19, 2009**
_____        _____
**/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
Signature
**Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
**6272494**

B23 (Official Form 23) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Hristo Hristov** _____  Case No. _____

                                         Debtor(s)        Chapter    **7** _____

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☐ I, _____, the debtor in the above-styled case, hereby certify that on _____, I completed an instructional course in personal financial management provided by _____, an approved personal financial management provider.

Certificate No. (if any): _____.

☐ I, _____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:

    ☐ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);

    ☐ Active military duty in a military combat zone; or

    ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:  **/s/ Hristo Hristov** _____
                       **Hristo Hristov**

Date:  **November 19, 2009** _____

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Software Copyright (c) 1996-2009 Best Case Solutions. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

### Disclosure Pursuant to 11 U.S.C. §527(a)(2)

You are notified:

1. All information that you are required to provide with a petition and thereafter during a case under the Bankruptcy Code is required to be complete, accurate, and truthful.

2. All assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence the case. Some places in the Bankruptcy Code require that you list the replacement value of each asset. This must be the replacement value of the property at the date of filing the petition, without deducting for costs of sale or marketing, established after a reasonable inquiry. For property acquired for personal, family, or household use, replacement value means the price a retail merchant would charge for property of that kind, considering the age and condition of the property.

3. The following information, which appears on Official Form 22, Statement of Current Monthly Income, is required to be stated after reasonable inquiry: current monthly income, the amounts specified in section 707(b)(2), and, in a case under chapter 13 of the Bankruptcy Code, disposable income (determined in accordance with section 707(b)(2)).

4. Information that you provide during your case may be audited pursuant to provisions of the Bankruptcy Code. Failure to provide such information may result in dismissal of the case under this title or other sanction, including criminal sanctions.

## IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE SERVICES FROM AN ATTORNEY OR BANKRUPTCY PETITION PREPARER.

If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney. THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST. Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine bankruptcy case to help you evaluate how much service you need. Although bankruptcy can be complex, many cases are routine.

Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you. Be sure you understand the relief you can obtain and its limitations. To file a bankruptcy case, documents called a Petition, Schedules and Statement of Financial Affairs, as well as in some cases a Statement of Intention need to be prepared correctly and filed with the bankruptcy court. You will have to pay a filing fee to the bankruptcy court. Once your case starts, you will have to attend the required first meeting of the creditors where you may be questioned by a court official called a 'trustee' and by creditors.

If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt. You may want help deciding whether to do so. A creditor is not permitted to coerce you into reaffirming your debts.

If you  choose to file a chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will be before a bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your bankruptcy case may also involve litigation. You are generally permitted to represent yourself in litigation in bankruptcy court, but only attorneys, not bankruptcy petition preparers, can give you legal advice.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Hristo Hristov**                                          Case No.
                                            Debtor(s)        Chapter    **7**

# BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS**   (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

| | | |
|---|---|---|
| 1. Gross Income For 12 Months Prior to Filing: | $ | **32,300.00** |

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| | | |
|---|---|---|
| 2. Gross Monthly Income | $ | **2,500.00** |

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | | |
|---|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ | **0.00** |
| 4. Payroll Taxes | | **0.00** |
| 5. Unemployment Taxes | | **0.00** |
| 6. Worker's Compensation | | **0.00** |
| 7. Other Taxes | | **0.00** |
| 8. Inventory Purchases (Including raw materials) | | **0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | **0.00** |
| 10. Rent (Other than debtor's principal residence) | | **0.00** |
| 11. Utilities | | **0.00** |
| 12. Office Expenses and Supplies | | **0.00** |
| 13. Repairs and Maintenance | | **0.00** |
| 14. Vehicle Expenses | | **0.00** |
| 15. Travel and Entertainment | | **0.00** |
| 16. Equipment Rental and Leases | | **0.00** |
| 17. Legal/Accounting/Other Professional Fees | | **0.00** |
| 18. Insurance | | **0.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | **0.00** |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Car & truck expenses** | **330.00** |
| **Insurance** | **110.00** |
| **Interest payments** | **85.00** |
| **Legal & professional** | **80.00** |
| **Repairs & maintenance** | **85.00** |
| **Utilities** | **270.00** |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|

| | | |
|---|---|---|
| 22. Total Monthly Expenses (Add items 3-21) | $ | **960.00** |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

| | | |
|---|---|---|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ | **1,540.00** |

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Hristo Hristov** _____,   Case No. _____

Debtor

Chapter _____ **7** _____

## DECLARATION OF COMPLIANCE WITH RULE 9009

The undersigned is the attorney for the debtor in this case.

The undersigned declares under penalty of perjury that the Schedules and Forms filed in this case for the debtor were computer generated using *Best Case Bankruptcy* and conform with those prescribed by Bankruptcy Rule 9009.

Date_____ **November 19, 2009** _____        **/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494** _____

Signature of attorney

**Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
**Kaplan Law Offices, P.C.**
**4043 Dempster**
**Skokie, IL 60076**
**847-676-8600**

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Hristo Hristov** _____     Case No. _____
                                          Debtor(s)        Chapter    **7** _____

## DECLARATION OF EXEMPTION FROM MEANS TEST

**NOTE:**  In joint cases that involve non-consumer debts, this determination must be made for each debtor, separately, based upon each debtor's personal liability for non-consumer debts.

☒        **For Individual Debtor:**

DEBTOR declares under penalty of perjury that he/she is not an individual with primarily consumer debts as that term is defined by Section 101(8) of the Bankruptcy Code.  For purposes of this determination, "primarily" means more than fifty percent of the DEBTOR'S total debt.

☐        **For Joint Debtors:**

Each of the undersigned DEBTORS declares under penalty of perjury that he/she is not an individual with primarily consumer debts as that term is defined by Section 101(8) of the Bankruptcy Code.  For purposes of this determination, "primarily" means more than fifty percent of each individual DEBTOR'S total debt.

Date   **November 19, 2009** _____        Signature _____

                                                         **Hristo Hristov**
                                                         Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Hristo Hristov** _____   Case No. _____

_____ Debtor(s)     Chapter   **7** _____

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,   **Hristo Hristov**  , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐     I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐     I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

■     I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  **November 19, 2009** _____        Signature   **/s/ Hristo Hristov** _____
                                                                        **Hristo Hristov**
                                                                        Debtor